JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL, | Case No.  CV 15-9042-GW(JCx) |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| FORTUNE COMMERCIAL CORPORATION, et al., | |
| Defendants. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: March 18, 2016          BY THE COURT

_____

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE